# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2751

_____

United States of America,

        Appellee,

v.

Richard Mathis,

        Appellant.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

_____

No. 99-2753

_____

United States of America,

        Appellee,

v.

Doyle Mathis,

        Appellant.

Appeals from the United States
District Court for the
District of South Dakota.

**[UNPUBLISHED]**

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

_____

Submitted: April 7, 2000
Filed: May 8, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Richard and Doyle Mathis each appeal the district court's[1] order denying their joint motion for reconsideration of a motion filed in Richard's criminal tax fraud case. Because the May 25, 1999 notice of appeal was not filed within ten days of the May 10, 1999 entry of the district court's order, we lack jurisdiction. See Fed. R. App. P. 4(b)(1)(A) (in criminal case, defendant must file notice of appeal within ten days of entry of order being appealed); Fed. R. App. P. 26(a) (computation of time).

The appeal is dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The HONORABLE JOHN B. JONES, United States District Judge for the District of South Dakota.